**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1663**

RANDALL PATRICK,

        Plaintiff - Appellant,

    v.

CITIBANK, N.A.,

        Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, District Judge.  (1:17-cv-00218-CCE-JLW)

Submitted:  September 28, 2017          Decided:  October 2, 2017

Before WILKINSON, MOTZ, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Randall Patrick, Appellant Pro Se.  Cassandra Lauren Crawford, Donald Richard Pocock, NELSON MULLINS RILEY & SCARBOROUGH, LLP, Winston-Salem, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randall Patrick seeks to appeal from the district court's order denying his motion to remand the case to the state court, denying as moot his motion to expedite a decision on his motion to remand, and granting Citibank's motion to stay the action and to compel arbitration. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Patrick seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*